CAUSE NO 00-08-00096 CRK-A
CAUSE NO: 05-06-00046 CRK-A    4-8-15

81,033-01,02

Dear Clerk,

Now comes Stephanie Gonzales #TDCJ-1458764 Applicant pro-se AND WOULD LIKE TO REQUEST THAT THE FOLLOWING MOTIONS, MOTION FOR HABEAS CORPUS AD TESTIFICANDUM, MOTION TO ENFORCE DISCOVERY, & MOTION FOR EVIDENTIARY HEARING, BE PRESENTED TO THE COURT OF CRIMINAL APPEALS OF TEXAS FOR THEIR DECISION. PLEASE FILE THESE MOTIONS FOR THE RECORD. ALSO A LETTER FOR THE JUDGE OF SAID COURT.

However, YOU CAN CONTACT ME AT THE ADDRESS BELOW & CAN YOU PLEASE NOTIFY ME OF THE COURTS DECISION.

Respectfully Submitted,
Stephanie Gonzales
# 1458764 TDCJ
Lane Murray Unit
1916 N. Hwy 36 Bypass
Gatesville TX 76596

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

STATE OF TEXAS § IN THE COURT
VS. § OF CRIMINAL APPEALS
STEPHANIE GONZALES § OF TEXAS

MOTION DISMISSED
DATE: 4-14-15
BY: P.C.

APPLICANT PRO-SE §

CAUSE NO.S 00-08-00096 CRK
05-06-00046 CRK

# MOTION TO ENFORCE DISCOVERY

Now Comes, Stephanie Gonzales, Applicant and moves this court to force the state and Mr. Trent Rowell to produce the legal documents that were stated and conducted in Mr. Rowell's affadauit in response to Applicants claim against Mr. Rowell. Applicant would like the following herein.

A.) THE (8) PAGES OF THE LAW ENFORCEMENT REPORT AND THE TASK'S FORCE REPORT WITH THE NAMES OF THE COMPLAINING OFFICERS AND COOPERATING INDIVIDUALS/ INFORMANT THAT WERE ALLEGEDLY MAILED TO APPLICANT

B.) TO DISCLOSE AND PRODUCE ALL THE STATE'S WITNESSES IDENTITY THAT WERE ALLEGEDLY CROSS EXAMINED AND THE UNDERCOVER OFFICER WHO ALSO TESTIFIED AT APPLICANTS TRIAL IN HIS AFFADAUIT.

C.) TO PRODUCE DOCUMENTS THAT ANY OF THE STATES WITNESSES SUCH AS THE "UNKNOWN INFORMANT" OR COOPERATING INDIVIDUALS WHOM THE STATE RELIED ON TO OBTAIN A CONVICTION HAD ARREST OR CONVICTION RECORDS IN THIS CASE.

Applicant prays that this court grants this request.

EXECUTED ON THIS 11th DAY OF FEB, 2015.

Respectfully Submitted
TDCJ#1458764 STEPHANIE GONZALES
LANE MURRAY UNIT 1916 N Hwy 36 Bypass
GATESVILLE, TX 76596

To The Honorable Judge; OF THE COURT OF CRIMINAL Appeals of Texas,

REGARDING
CAUSE NO. 00-08-00096 CRKA
CAUSE NO- 05-06-00046 CRKA

Now Comes Stephanie Gonzales TDCJ# 1458764 AT THE LANE Murray Unit IN Coatesville TX 76596. AND WOULD LIKE TO INFORM YOU THAT ON MARCH 23, 2015 I received a notice from the 81st District Clerk OF KARNES COUNTY. TX THAT THE HONORABLE JUDGE Rayes reviewed these motions IN QUESTION AND ADVISED THAT SHE WOULD REVISIT SUCH MOTIONS IF INSTRUCTED TO DO SO BY THIS COURT WHICH CURRENTLY RETAINS JURISDICTION IN THIS MATTER. However, I would also like to INFORM YOU THAT THIS COURT OF CRIMINAL APPEALS HAD ALREADY MADE ITS RULING BEFORE THE TRIAL COURT RECEIVED THESE MOTIONS AND FACTS. Applicant RESPECTFULLY REQUEST THAT THIS COURT WILL GRANT HER THESE MOTIONS IN THIS APPEAL. AND CONTACT HER AT THE ADDRESS BELOW. Thank You!

EXECUTED ON THIS 8th Day of April 2015.

Respectfully Submitted
STEPHANIE Gonzales
# 1458764
LANE Murray Unit
1916 N. Hwy 36 Bypass
COATESVILLE, TX 76596